People v Alfaro (2022 NY Slip Op 51140(U))

[*1]

People v Alfaro (Katherine)

2022 NY Slip Op 51140(U) [77 Misc 3d 128(A)]

Decided on October 27, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 27, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2021-580 S CR

The People of the State of New
York, Respondent,
against
Katherine Alfaro, Appellant. 

Scott Lockwood, for appellant.
Suffolk County Traffic Prosecutor's Office (Justin W. Smiloff of counsel), for
respondent.

Appeal from a judgment of the District Court of Suffolk County, Suffolk County
Traffic and Parking Violations Agency (Kenneth Diamond, J.H.O.), rendered September
7, 2021. The judgment, after a nonjury trial, convicted defendant of operating a motor
vehicle with a backseat passenger under the age of 16 not restrained by a safety belt, and
imposed sentence.

ORDERED that the judgment of conviction is affirmed.
Defendant was charged in a simplified traffic information with operating a motor
vehicle with a backseat passenger under 16 years of age who is not restrained by a safety
belt, in violation of Vehicle and Traffic Law § 1229-c (1) (c). At the conclusion of a
nonjury trial, the court found defendant guilty.
Contrary to defendant's contention, the police officer had the authority to file the
simplified traffic information under the facts presented here (see CPL 100.25 [2]
[the allegations of fact that must be contained in a supporting deposition to a simplified
traffic information to provide reasonable cause to believe that the defendant committed
the offense charged may be based either upon personal knowledge or upon information
and belief]; People v
Marino, 75 Misc 3d 127[A], 2022 NY Slip Op 50369[U] [App Term, 2d Dept,
9th & 10th Jud Dists 2022]; cf. People v D'Andraia, 67 Misc 3d 130[A], 2020 NY Slip
Op 50426[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2020]).
Defendant's remaining contentions are without merit.
Accordingly, the judgment of conviction is affirmed.
GARGUILO, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 27, 2022